Form 704-8B
Rev.  1/05

## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

In re:   Kenneth Wayne Powell                          Case No. 09-62468
       Lisa McDaniel Powell

                                                     Chapter 7

       Debtor(s).

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1.       Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2.       The Trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than $5.00 would have been made if ordered by the Court.

3.       That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than $5.00 is attached with the request that such funds be deposited in the U.S. Treasury.

Date:   September 3, 2010                          William F. Schneider, Trustee


By:      **/s/ William F. Schneider**
        William F. Schneider
        P.O. Box 739
        Lynchburg, VA  24505
        434.528.0411
        434.845.3666 (FAX)

Form 704-8B
Rev. 1/05

Creditor                                              Amount
Address

Danville ENT Assoc.                                   $3.50
159 Executive Drive, Suite C
Danville, VA  24541